DUNCAN J. McNEIL, III,      )
                                   )
        Plaintiff,      )
                                   )
    vs.                  )      Case No. 4:05-CV-1111 FRB
                                   )
UNITED STATES AND IT'S OFFICES AND  )
AGENCIES, et al.,      )
                                 )
        Defendants.      )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(g)

This matter is before the Court upon plaintiff's failure to pay the $250 filing fee.

On July 26, 2005, this Court denied plaintiff leave to proceed without payment of the filing fee pursuant to 28 U.S.C. § 1915(g) and ordered him to pay the filing fee within thirty days. More than thirty days have elapsed and plaintiff has failed to pay the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for failure to pay the $250 filing fee.

Dated this ____12th____ day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE