UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DUNCAN J. McNEIL, III, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:05-CV-1111 FRB |
| UNITED STATES AND IT'S OFFICES AND AGENCIES, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal [Doc. #17].

On July 26, 2005, this Court denied plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) in the instant case because he has previously had three or more cases dismissed as frivolous or for failure to state a claim. In addition, the Court gave plaintiff thirty days in which to pay the $250 filing fee. On September 12, 2005, because plaintiff had not paid the filing fee and thirty days had passed, the Court dismissed this case. Because plaintiff may not proceed in forma pauperis because of his prior dismissals, the Court will deny him leave to proceed in forma pauperis on appeal and order him to pay the full $255 appellate filing fee. See 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [Doc. #17] is **DENIED** pursuant to 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this order, plaintiff shall pay to this Court the full $255 filing and docketing fees for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include

upon it: (1) his name; (2) his prison identification number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 7th day of October, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**